# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BENJAMIN FEAST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1977

[March 15, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 17005094 CF10A.

Benjamin Feast, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Benjamin Feast seeks review of the summary denial of his Florida Rule of Criminal Procedure 3.850 motion for postconviction relief. We issued an order directing the State to show cause why the order should not be reversed for failure to attach records conclusively refuting Feast's claims. In its response, the State conceded that a remand is required. We agree and reverse.

The order denying the appellant's motion for postconviction relief is reversed and the case is remanded for attachment of records conclusively showing that the motion was impermissibly successive, if such records exist. *See Feher v. State*, 10 So. 3d 1204 (Fla. 4th DCA 2009).

*Reversed and remanded.*

GROSS, KUNTZ and ARTAU, JJ., concur.

\*       \*       \*

*Not final until disposition of timely filed motion for rehearing.*